| ☐ Recording requested by a return to:<br>Marc C. Forsythe, SBN 153854<br>Goe & Forsythe, LLP<br>18101 Von Karman, #1200<br>Irvine, CA 92612<br>Phone: (949) 798-2460; Fax (949) 955-9437 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>ROSALVA RAMIREZ            Debtor | CASE NUMBER  8:15-bk-14580-ES<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

*COPY*

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address    ROSALVA RAMIREZ
                           30 STARLIGHT
                           IRVINE, CA 92603

                           ☐ Address Unknown

    b. Driver's License No. _____    ☒ Unknown

    c. Social Security No.  XXX-XX-7576              ☐ Unknown

2. The Summons was ~~personally~~ served at, or mail to (address):

    30 Starlight, Irvine, CA 92603

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated: _____        _____
                                         (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 11 |
|---|---|---|
| ROSALVA RAMIREZ | Debtor(s). | CASE ~~ADVERSARY~~ NO.: 8:15-bk-14580-ES |

4. I certify that in the above-entitled action and Court, Judgment was entered on __August 31, 2017__,
in favor of __GOE & FORSYTHE, LLP__ and against __ROSALVA RAMIREZ__

for   $ __103,862.00__   Principal,   (Attorneys' Fees/Costs awarded in representing Debtor Rosalva Ramirez)

$ __0.00__   Interest,

$ __0.00__   Attorney's Fees, and

$ __4,957.59__   Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __11th__ day of __May, 2022__.

[SEAL]

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court          KATHLEEN J. CAMPBELL

By: _____
         Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

1  Marc C. Forsythe - State Bar No. 153854
   Charity J. Miller – State Bar No. 286481
2  **GOE & FORSYTHE, LLP**
   18101 Von Karman Avenue, Suite 510
3  Irvine, CA 92612
   mforsythe@goeforlaw.com
4  cmiller@goeforlaw.com

5  Telephone: (949) 798-2460
   Facsimile:  (949) 955-9437
6
7  Counsel for Rosalva Ramirez, Reorganized Debtor

FILED & ENTERED

AUG 31 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10 In re:                                    Case No. 8:15-bk-14580-ES

11 ROSALVA RAMIREZ,                          Chapter 11 Proceeding

12
              Reorganized Debtor.            **ORDER GRANTING APPLICATION
13                                           FOR FIRST AND FINAL
                                             COMPENSATION AND
14                                           REIMBURSEMENT OF EXPENSES OF
                                             GOE & FORSYTHE, LLP, COUNSEL
15                                           FOR REORGANIZED DEBTOR
                                             ROSALVA RAMIREZ**
16
17                                           Hearing Date: August 17, 2017
                                             Time:         10:30 a.m.
18                                           Courtroom:    5A
19                                                         United States Bankruptcy Court
                                                           411 W. 4th Street
20                                                         Santa Ana, CA

21 ───────────────────────────────

22
       The Application ("Application") for First and Final Compensation and Reimbursement of
23
   Expenses of Goe & Forsythe, LLP, Counsel for Reorganized Debtor Rosalva Ramirez (hereinafter
24
   "Reorganized Debtor") filed on June 23, 2017 as Docket No. 90, was noticed for hearing on
25
   regular notice for August 17, 2017 at 10:30 a.m.
26
       The Court having considered the Application and the declarations and evidence submitted
27
28 in support thereof, the opposition, reply and documents, pleadings and records filed in this

1

1 | bankruptcy case, finding that notice was proper, pursuant to the Court's tentative ruling and for
2 | good cause showing:
3 |      **IT IS HEREBY ORDERED** that pursuant to Section 330, fees and expenses are allowed
4 | on a final basis as follows:

|  | Fees Requested | Expenses Requested | Fees Allowed and Ordered Paid | Expenses Allowed and Ordered paid |
|---|---|---|---|---|
| Goe & Forsythe, LLP | $103,862.00 | $4,957.59 | $103,862.00 | $4,957.59 |

9 |      For the fees and expenses requested in the Application, Debtor is ordered to pay the total
10 | award of $108,819.59 forthwith, less fees and expenses already paid.
11 |      # # # #

Date: August 31, 2017

Erithe Smith
United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ABSTRACT OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 10, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Charity J Manee**   cmanee@goeforlaw.com, kmurphy@goeforlaw.com
- **Ramesh Singh**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Christopher P Walker**   cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com;r57253@notify.bestcase.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) May 10, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Katherine Hoffman
    Law Offices Of H. Michael Soroy
    11766 Wilshire Blvd Ste 270
    Los Angeles, CA 90025-6537

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 10, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- (SUSPENDED DUE TO COVID-19 PROTOCOLS)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 10, 2022 | Kerry A. Murphy | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

**PROOF.SERVICE**